UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1059-AG(MLGx) | Date | September 20, 2010 |
| Title | RICKEY M. GILLIAM, ET AL v BAC HOME LOANS SERVICING, LP | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rickey Gilliam, Pro Se | Luke Bowman (telephonically) |

**Proceedings:** 1. DEFENDANT'S MOTION TO DISMISS COMPLAINT OF PLAINTIFFS RICKEY AND BARBARA GILLIAM
2. DEFENDANT BAC HOME LOANS SERVICING LP'S MOTION TO DISMISS

Cause is called for hearing and counsel make their appearances. Matter is argued. Motions to dismiss are GRANTED with leave to amend until October 4, 2010. A separate order granting motions to issue this date.

: 15

Initials of Preparer   lmb